IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OTIS CURTIS DUNAHUE**                                                                                    **PLAINTIFF**

**v.**                                            **Case No. 4:25-cv-920-JM**

**WALMART,** *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

DATED this 21st day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE